IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG BIOEPIS CO., LTD.,<br><br>Defendant. | C.A. No. 18-cv-1363-CFC<br><br>**REDACTED PUBLIC VERSION** |

**STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION OF U.S. PATENT NOS. 6,627,196, 7,371,379, 7,485,704 AND 10,160,811**

WHEREAS Plaintiffs Genentech, Inc. and City of Hope have sued Defendant Samsung Bioepis Co., Ltd. for infringement of, among other things, U.S. Patent Nos. 6,627,196 ("the '196 patent"), 7,371,379 ("the '379 patent"), 7,485,704 ("the '704 patent"), and 10,160,811 ("the '811 patent");

WHEREAS the parties initially identified the terms "about 18 °C" and "performing subsequent purification of compositions comprising said protein by Protein A chromatography at a [temperature range]" in claims 6 and 12 of the '704 patent as claim terms for construction in this case (which were briefed in the Revised Joint Claim Construction Brief (D.I. 94) at pages 113-123);

WHEREAS the parties have agreed to constructions for the terms "about 18°C" and "performing subsequent purification of compositions comprising said protein by Protein A chromatography at a [temperature range]" in claims 6 and 12 of the '704 patent;

WHEREAS the parties initially identified the term "an initial dose" in claims 11 and 22 of the '196 patent, claims 11 and 21 of the '379 patent, and claims 6 and 7 of the '811 patent as a claim term for construction in this case;

– 1 –

WHEREAS Samsung Bioepis is currently approved to market its trastuzumab biosimilar product for all indications in the Herceptin® label;

WHEREAS Plaintiffs believe there is no ripe claim construction dispute for the Court to resolve with respect to the term "an initial dose" in claims 11 and 22 of the '196 patent, claims 11 and 21 of the '379 patent, and claims 6 and 7 of the '811 patent (which was briefed in the Revised Joint Claim Construction Brief (D.I. 94) at pages 3-34);

NOW THEREFORE, subject to the approval of the Court, it is hereby stipulated and agreed by the Parties that, for purposes of this case:

1. The term "about" in claims 6 and 12 of the '704 patent shall mean "no more than ± 1 °C";

2. The term "performing subsequent purification of compositions comprising said protein by Protein A chromatography at a [temperature range]" in claims 6 and 12 of the '704 patent shall mean "performing subsequent purification of compositions comprising said protein by Protein A chromatography, wherein the composition being purified is at a [temperature range]"; and

3. The term "an initial dose" in claims 11 and 22 of the '196 patent, claims 11 and 21 of the '379 patent, and claims 6 and 7 of the '811 patent shall mean "the first dose of the claimed antibody given to the patient as part of a treatment regimen."



| | |
|---|---|
| */s/ Frederick L. Cottrell, III* | */s/ David E. Moore* |
| Frederick L. Cottrell, III (#2555) | David E. Moore (#3983) |
| Jason J. Rawnsley (#5379) | Bindu A. Palapura (#5370) |
| Alexandra M. Ewing (#6407) | Stephanie E. O'Byrne (#4446) |
| RICHARDS, LAYTON & FINGER, P.A. | Jennifer Penberthy Buckley (#6264) |
| 920 North King Street | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 651-7700 | 1313 N. Market Street |
| cottrell@rlf.com | Wilmington, DE 19801 |
| rawnsley@rlf.com | Tel: (302) 984-6000 |
| ewing@rlf.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Of Counsel:* | sobyrne@potteranderson.com |
| | |
| William F. Lee | OF COUNSEL: |
| Lisa J. Pirozzolo | |
| Emily R. Whelan | Dimitrios T. Drivas |
| Kevin S. Prussia | Scott T. Weingaertner |
| Andrew J. Danford | Amit H. Thakore |
| WILMER CUTLER PICKERING | Holly Tao |
|   HALE AND DORR LLP | John P. Padro |
| 60 State Street | WHITE & CASE LLP |
| Boston, MA 02109 | 1221 Avenue of the Americas |
| (617) 526-6000 | New York, New York 10020-1095 |
| william.lee@wilmerhale.com | Tel: (212) 819-8200 |
| lisa.pirozzolo@wilmerhale.com | |
| emily.whelan@wilmerhale.com | *Attorneys for Defendant Samsung Bioepis Co.,* |
| kevin.prussia@wilmerhale.com | *Ltd.* |
| andrew.danford@wilmerhale.com | |

Robert J. Gunther Jr.
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
robert.gunther@wilmerhale.com

Daralyn J. Durie
Adam R. Brausa
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666

ddurie@durietangri.com
abrausa@durietangri.com

*Attorneys for Plaintiffs Genentech, Inc. and
City of Hope*

Dated: April 22, 2019

        SO ORDERED this _____ day of _____, 2019.

        _____
        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, true and correct copies of the foregoing document were caused be served on the following counsel in the manner indicated:

**VIA ELECTRONIC MAIL**
David Moore
Bindu Ann Palapura
POTTER ANDERSON CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

**VIA ELECTRONIC MAIL**
Amit Thakore
Dimitrios T. Drivas
Holly Tao
Scott T. Weingaertner
John P. Padro
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
athakore@whitecase.com
ddrivas@whitecase.com
holly.tao@whitecase.com
sweingaertner@whitecase.com
jpadro@whitecase.com

/s/ *Jason J. Rawnsley*
Jason J. Rawnsley (#5379)
rawnsley@rlf.com