IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG BIOEPIS CO., LTD., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 18-cv-1363-CFC ) ) ) ) ) ) |

**JOINT STIPULATION OF DISMISSAL**

This stipulation is made by and between Plaintiff Genentech, Inc. ("Plaintiff") and Defendant Samsung Bioepis Co., Ltd. ("Defendant").

WHEREAS, Plaintiff and Defendant have asserted various claims and counterclaims in the above-captioned consolidated case; and

WHEREAS, Plaintiff and Defendant have entered into a settlement agreement, and mutually agree to voluntarily dismiss all claims and counterclaims asserted in the above-captioned consolidated case without prejudice;

NOW THEREFORE, IT IS HEREBY JOINTLY STIPULATED by Plaintiff and Defendant that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, and demands asserted in the above-captioned case are hereby dismissed without prejudice; and

2. Each party will bear its own attorneys' fees and costs with respect to the above-captioned case.

Respectfully submitted,

| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Jason J. Rawnsley* | /s/ *Bindu A. Palapura* |
| Frederick L. Cottrell, III (#2555) | David E. Moore (#3983) |
| Jason J. Rawnsley (#5379) | Bindu A. Palapura (#5370) |
| Alexandra M. Ewing (#6407) | Stephanie E. O'Byrne (#4446) |
| One Rodney Square | Jennifer Penberthy Buckley (#6264) |
| 920 North King Street | Hercules Plaza, 6th Floor |
| P.O. Box 551 | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | Tel: (302) 984-6000 |
| cottrell@rlf.com | dmoore@potteranderson.com |
| rawnsley@rlf.com | bpalapura@potteranderson.com |
| ewing@rlf.com | sobyrne@potteranderson.com |
| OF COUNSEL: | OF COUNSEL: |
| William F. Lee | Dimitrios T. Drivas |
| Lisa J. Pirozzolo | Scott T. Weingaertner |
| Emily R. Whelan | Amit H. Thakore |
| Kevin S. Prussia | Holly Tao |
| Andrew J. Danford | John P. Padro |
| WILMER CUTLER PICKERING HALE AND DORR LLP | WHITE & CASE LLP |
| 60 State Street | 1221 Avenue of the Americas |
| Boston, MA 02109 | New York, New York 10020-1095 |
| (627) 526-6000 | Tel: (212) 819-8200 |
| william.lee@wilmerhale.com | |
| lisa.pirozzolo@wilmerhale.com | *Attorneys for Defendant Samsung Bioepis Co., Ltd.* |
| emily.whelan@wilmerhale.com | |
| kevin.prussia@wilmerhale.com | |
| andrew.danford@wilmerhale.com | |
| Robert J. Gunther Jr. | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 7 World Trade Center | |
| 250 Greenwich Street | |
| New York, NY 10007 | |
| (212) 230-8800 | |
| robert.gunther@wilmerhale.com | |

Daralyn J. Durie
Adam R. Brausa
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666
ddurie@durietangri.com
abrausa@durietangri.com

*Attorneys for Plaintiff Genentech, Inc.*

June 28, 2019

SO ORDERED this 1st day of July 2019.

_____
UNITED STATES DISTRICT JUDGE